```
IN THE UNITED STATES DISTRICT COURT FOR THE

         EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,

        Plaintiff,

     v.                          CR. NO. S-08-0319 EJG

JOSE EDUARDO MORAN-MARQUEZ,
a.k.a. Jose Eduardo
Moran-Marques,

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,
                                 CR. NO. S-07-0363 EJG
     v.

JOSE EDUARDO MORAN-MARQUES,
a.k.a. Jose Eduardo
Moran-Marquez,

        Defendant.
_____/
UNITED STATES OF AMERICA,

        Plaintiff,
                                 CR. NO. S-07-0206 MCE
     v.

JOSE EDUARDO MORAN-MARQUEZ,      RELATED CASE ORDER
a.k.a. Jose Eduardo
Moran-Marques,

        Defendant.
_____/
```

1

Examination of the above-entitled criminal actions reveals that they are related within the meaning of Local Rule 83-123 and General Order 372, E.D. Cal. The actions involve the same parties and are based on the same or similar claim. The most recent indictment, Cr. No. S-08-0319 EJG, charges defendant with being a deported alien found in the United States, in violation of 8 U.S.C. § 1326(a) & (b)(1). In the other actions, Cr. No. S-07-0363 EJG and Cr. No. S-07-0206 MCE, defendant is serving a term of supervised release following a period of incarceration. A petition alleging that defendant's conduct underlying the indictment constitutes a violation of the terms of supervised release in both cases was filed July 8, 2008, by the United States Probation Office. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

Pursuant to General Order 372, E.D. Cal, where a notice of related cases is filed suggesting that a petition for violation of the terms of supervised release should be related to a new indictment, and the basis of the petition is the conduct underlying the new indictment, the two cases "shall be related and the judge assigned to the new criminal case shall also be assigned the earlier case. . . ." The parties should be aware that relating the cases under this general order merely has the result that both actions are assigned to the same judge; no

consolidation is effected, absent further action by the parties or the court.

IT IS THEREFORE ORDERED that the action denominated Cr. No. S-07-0206 MCE be, and the same hereby is, reassigned to Judge Edward J. Garcia for all further proceedings.  Henceforth the caption on all documents filed in the reassigned case shall be shown as Cr. No. S-07-0206 EJG.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

A status conference in all three cases will be held before the undersigned at 10:00 a.m., Friday, October 17, in Courtroom No. 8 of the above-entitled court.

IT IS SO ORDERED.

Dated: October 15, 2008

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT

3