DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE EDUARDO MORAN-MARQUES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>             Plaintiff,               )<br>                                      )<br>     v.                               )<br>                                      )<br> JOSE EDUARDO MORAN-MARQUES,          )<br>                                      )<br>             Defendant.               )<br>                                      )<br> _____) | No. 2:07-00206 EJG<br>& 07-363 & 08-319<br>**STIPULATION AND ORDER**<br>**CONTINUING STATUS CONFERENCE**<br>**AND EXCLUDING TIME**<br><br>Date:  December 12, 2008<br>Time:  10:00 a.m.<br>Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE EDUARDO MORAN-MARQUES, through their respective attorneys, that the status conference presently scheduled for December 12, 2008, may be continued to January 9, 2009, at 10:00 a.m.

Defense continues to collect records concerning prior offenses. Also, defendant has asked to consult with El Salvador consular officials and the local consul has recently agreed to speak with him. To afford time to complete necessary tasks, the parties agree that time under the

Speedy Trial Act may be excluded through January 9, 2009, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                        Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Defender

Dated: December 10, 2008       /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JOSE EDUARDO MORAN-MARQUES

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: December 10, 2008       /s/ T. Zindel for
                                        DANIEL S. McCONKIE
                                        Assistant U.S. Attorney

# O R D E R

The status conference is continued to January 9, 2009, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: December 10, 2008       /s/ Edward J. Garcia
                                        HON. EDWARD J. GARCIA
                                        United States District Judge