DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE EDUARDO MORAN-MARQUEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | No. 2:07-00206 EJG |
| ) | No. 2:07-00363 EJG |
| Plaintiff,  ) | No. 2:08-00319 EJG |
| ) | |
| v.  ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| JOSE EDUARDO MORAN-MARQUEZ,  ) | **AND EXCLUDING TIME** |
| ) | |
| Defendant.  ) | Date: March 5, 2010 |
| ) | Time: 10:00 a.m. |
| _____ ) | Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, JOSE EDUARDO MORAN-MARQUEZ, through their respective attorneys, that the status conference presently scheduled for March 5, 2010, may be continued to March 12, 2010, at 10:00 a.m.

Mr. Moran-Marquez recently completed treatment pursuant to 18 U.S.C. § 4241(d) at FCI Butner in North Carolina. A report of his progress is expected to be disclosed on March 5, the same day as the status conference, but Mr. Moran-Marquez is not expected to return to Sacramento before March 8 and will not available for the status conference set for

March 5.  The parties therefore agree that the status conference should be continued one week to give them time to review the report and to give defense counsel time to consult with Mr. Moran-Marquez.  The parties agree that time under the Speedy Trial Act should be excluded through March 12, 2010, pursuant to 18 U.S.C. § 3161(h)(1)(F)(delay resulting from transportation of defendant from place of examination) and under § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

                                Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated:  March 4, 2010            /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for JOSE MORAN-MARQUEZ

BENJAMIN B. WAGNER
United States Attorney

Dated:  March 4, 2010            /s/ T. Zindel for M. Anderson
MICHAEL D. ANDERSON
Assistant U.S. Attorney

**O R D E R**

The status conference is continued to March 12, 2010, at 10:00 a.m. Time under the Speedy Trial Act is excluded through that date for the reasons stated above.

**IT IS SO ORDERED.**

Dated:  March 4, 2010            /s/ Edward J. Garcia
HON. EDWARD J. GARCIA
United States District Judge