1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL D. ANDERSON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700



FILED
JUN 2 2 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

7           IN THE UNITED STATES DISTRICT COURT FOR THE

8                     EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,      )   No. CR. S-08-319 EJG
                                  )   No. CR. S-07-363 EJG
11              Plaintiff,        )   No. CR. S-07-206 EJG
                                  )
12      v.                        )
                                  )
13 JOSE EDUARDO MORAN-MARQUEZ,    )   MOTION AND          ORDER TO
                                  )   DISMISS INDICTMENT AND
14              Defendant.        )   SUPERVISED RELEASE PETITIONS
                                  )
15 _____

16      The United States Attorney's Office, pursuant to Rule 48(a)
17 of the Federal Rules of Criminal Procedure, hereby moves to
18 dismiss the indictment in case 08-319 EJG against JOSE EDUARDO
19 MORAN-MARQUEZ without prejudice in the interest of justice.  I
20 have spoken with defense counsel in this case, Tim Zindel, and he
21 stated that he has no objection to this motion.
22      The United States Attorney's Office hereby moves to dismiss
23 the petitions for violations of supervised release in case numbers
24 07-363 EJG and 07-206 EJG against JOSE EDUARDO MORAN-MARQUEZ
25 without prejudice in the interest of justice.  I have spoken with
26 defense counsel in this case, Tim Zindel, and he stated that he
27 has no objection to this request.  I have spoken with Supervising
28 ///

                                  1

1  Probation Officer Linda Alger, and she stated that the United
2  States Probation Office has no objection to this request.

4  DATED: June 18, 2010           Respectfully submitted,

                                  BENJAMIN B. WAGNER
                                  United States Attorney

                             By:  /s/ Michael D. Anderson
                                  MICHAEL D. ANDERSON
                                  Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in case No. CR. S-08-319 EJG and the petitions in case Nos. CR. S-07-363 EJG and CR. S-07-206 EJG be dismissed against defendant JOSE EDUARDO MORAN-MARQUEZ without prejudice in the interest of justice.

DATED:  6/21/10                   _____
                                  HON. EDWARD J. GARCIA
                                  United States District Judge

2